PEOPLE V ROCHOWIAK. (Docket No. 62880.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, and *Carolyn Schmidt,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *James Krogsrud,* Assistant Defender, for defendant-appellant. Reported at 416 Mich 235.

RYAN, J., would grant rehearing.

SMILEY V GRAND BLANC BOARD OF EDUCATION. (Docket No. 65326.) Rehearing denied. *Kiefer, Allen, Cavanagh & Toohey* for plaintiff-appellant. *James R. Buckley, P.C.,* for defendant-appellee. Reported at 416 Mich 316.

FEBRUARY 22, 1983

*In re* CERTIFIED QUESTION, YUSTICK V ELI LILLY & COMPANY. (Docket No. 69759.) The Court respectfully declines to respond to the question. *Goodman, Eden, Millender & Bedrosian (Thomas J. Ginger,* of counsel) for plaintiff. *Dickinson, Wright, Moon, Van Dusen & Freeman* and *Shook, Hardy & Bacon* for defendant.

FEBRUARY 28, 1983

GRIEVANCE ADMINISTRATOR V MORTON. (Docket No. 70918.) Leave to appeal denied. *John F. Van Bolt,* Associate Counsel, Attorney Grievance Commission for plaintiff-appellee. *Alvin Brazzell* for defendant-appellant.

MARCH 3, 1983

REQUEST FOR ADVISORY OPINION ON CONSTITUTIONALITY OF 1982 PA 540 AND 1982 PA 541. (Docket No. 70952.) On order of the Court, the request by the Governor for an advisory opinion on the constitutionality of 1982 PA 540 and 1982 PA 541 is considered and, because the Court holds that under the circumstances it would be an inappropriate exercise of its discretion to grant the request, it is denied, with all due respect to the Governor.

[1982 PA 540 created the Library of Michigan as a branch of the Legislative Service Bureau and 1982 PA 541 transferred powers and duties under the State Aid to Public Libraries Act from the State Board of Education to the Legislative Council.—REPORTER.]

MARCH 8, 1983

PROPOSED AMENDMENT OF RULE 5 OF THE RULES FOR THE BOARD OF